**Johnnie Lee BRYANT, Appellant, v. STATE, Appellee.**

**No. 24946.**

Court of Criminal Appeals of Texas.

June 23, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder without malice and punishment assessed at two years in the penitentiary.

Appellant perfected his appeal to this court. He now by his personal affidavit advises us that he no longer desires to prosecute his appeal, but desired to have same dismissed. At his request the appeal is ordered dismissed.